# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00590-CV

### EMRES II Texas, LLC, Appellant

### v.

### 417 N Comanche Street, LLC; and Pointe San Marcos Partners, L.P., Appellees

### FROM THE 428TH DISTRICT COURT OF HAYS COUNTY
### NO. 21-0711, THE HONORABLE JOE POOL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant EMRES II Texas, LLC, has filed an unopposed motion to dismiss this appeal. We grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

Thomas J. Baker, Justice

Before Justices Baker, Smith, and Theofanis

Dismissed on Appellant's Motion

Filed: November 22, 2024